**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01061-CR
No. 05-11-01062-CR

**ARMANDO FERMIN SOTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause Nos. F10-19502-H, F10-19503-H

## ORDER

The Court **GRANTS** appellant's November 20, 2015 motion to accept the original as the only copy of his pro se response to the *Anders* brief filed by counsel. The pro se response received on November 20, 2015 is considered properly filed. The appeals will be submitted without argument on **January 7, 2016** to a panel consisting of Chief Justice Wright and Justices Lang-Miers and Myers.

We **DIRECT** the Clerk to send a copies of this order to Armando Soto, TDCJ No. 1740214, Coffield Unit, 2661 F.M. 2054, Tennessee Conly, Texas 75884, and the Dallas County District Attorney's Office.

/s/      ELIZABETH LANG-MIERS
JUSTICE